IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR12-4081-MWB |
| | ) JUDGMENT OF ACQUITTAL |
| JEFFERY THOMPSON, | ) |
| Defendant. | ) |

This action came to trial before the Honorable Mark W Bennett and a jury and, the issues having been duly tried, the jury has rendered its verdict of guilty on Counts 1 and 2 of the Indictment.

**IT IS ORDERED AND ADJUDGED**

Defendant, Jeffery Thompson, is acquitted as to Count 3 of the Indictment.

APPROVED BY:

Mark W. Bennett
U.S. District Court Judge
Northern District of Iowa

Robert L Phelps
Clerk

By: Deputy Clerk

September 12, 2013